UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN DEMAURIA,<br><br>   Plaintiff,<br><br>   v.<br><br>RIO CONSUMNES CORRECTION FACILITY,<br><br>   Defendants. | No. 2:22-cv-0052-TLN-AC<br><br>**ORDER** |

    Plaintiff, a county prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On November 20, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 8.) Plaintiff has not filed objections to the findings and recommendations.

    The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 20, 2023 (ECF No. 8), are ADOPTED IN FULL;
2. The Complaint (ECF No. 1) is DISMISSED without leave to amend; and
3. The Clerk of the Court is directed to close this case.

Date:  December 20, 2023

Troy L. Nunley
United States District Judge

2